```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED
      JUN 3 0 2006
CLERK, U.S. DISTRICT COURT
By _____
              Deputy
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **WICHITA FALLS POWER MANAGEMENT, L.L.C.** | |
| **Plaintiff** | Civil Action No. 2-05CV-118-J |
| v. | |
| **INTEL CORPORATION and MICROSOFT CORPORATION** | |
| **Defendants** | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Wichita Falls Power Management, L.L.C. ("WFPM") and Microsoft Corporation ("Microsoft") through their respective counsel, move to dismiss this action with prejudice.

IT IS THEREFORE ORDERED AND ADJUDGED:

1. This Court has jurisdiction over parties and the subject matter of this action.

2. All claims by the Plaintiff, WFPM, directed to Defendant Microsoft are dismissed with prejudice.

3. There shall be no accounting or award of damages and all costs shall be borne by the party incurring such costs.

4. This Order is binding upon, and constitutes *res judicata* between, the parties, their successors, and assigns.

5. The parties waive all rights to appeal from this Order.

6. So ORDERED on this ___ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

**AGREED:** JUNE 27, 2006

By:  /s/ Richard Urquhart
Thomas H. Cook, Jr.
State Bar No. 00783869
Richard G. Urquhart
Texas Bar No. 00792887
**ZELLE, HOFMANN, VOELBEL, MASON & GETTE, L.L.P.**
1201 Main Street, Suite 3000
Dallas, Texas 75202-3975
(214) 742-3000 (Telephone)
(214) 760-8994 (Facsimile)

Joe W. Hayes
Texas Bar No. 09277300
**TEMPLETON, SMITHEE, HAYES, HEINRICH & RUSSELL, L.L.P.**
320 South Polk, Suite 1000
Amarillo, Texas 79101
(806) 324-0324 (Telephone)
(806) 379-8568 (Facsimile)

Britton D. Monts
Texas Bar No. 14303900
Leslie D. Ware
Texas Bar No. 00785179
Brent N. Bumgardner
Texas Bar No. 00795272
Donald Puckett
Texas Bar No. 24013358
**MONTS & WARE, L.L.P.**
1701 North Market Street, Suite 330
Dallas, Texas 75202-2088
(214) 744-5000 (Telephone)
(214) 744-5013 (Facsimile)

COUNSEL FOR PLAINTIFF WICHITA FALLS POWER MANAGEMENT, L.L.C.


/s/ Kevin Kudlac
Kevin Kudlac, P.C.
**WEIL, GOTSHAL & MANGES LLP**
8911 Capital of Texas Highway
Building One, Suite 1350
Austin, TX 78759
(512) 349-1885 (Telephone)
(512) 527-0798 (Facsimile)

COUNSEL FOR DEFENDANT MICROSOFT CORPORATION

---